**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: LUIGINO LOBELLO,<br>ATTORNEY AT LAW, BAR NO. 13712. ) ) ) ) ) ) ) ) ) | Case No.: 2:19-ms-00036<br><br>**ORDER OF SUSPENSION** |

On May 28, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt.  However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender - Unclaimed - Unable to Forward."  The Order to Show Cause provided Mr. Lobello with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court.  No response has been received from Mr. Lobello.  Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Luigino Lobello, Bar No. 13712, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  11   day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  12  day of August, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

      Luigino Lobello
      Law Office of Lu Lobello
      3617 Dutch Valley Dr.
      Las Vegas, NV 89147

Certified Mail No.:   7017 3380 0000 4606 2225

      /s/ L.Quintero
      Deputy Clerk
      United States District Court,
      District of Nevada